# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2044

_____

STEVEN WATKINS-BEY,

Appellant,

v.

DICK BAIRD, INC. d/b/a BILL RAY
NISSAN and FFVA MUTUAL
INSURANCE CO.,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident:  March 20, 2023.

January 23, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nicholas A. Shannin of Shannin Law Firm, P.A., Orlando, for Appellant.

Frank C. Wesighan and Jessica C. Conner of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for Appellees.